UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBIN A. WEBB, et al.                                                                                    PLAINTIFFS

V.                                                       CIVIL ACTION NO. 1:22-CV-145-KHJ-MTP

3M COMPANY, et al.                                                                                    DEFENDANTS

ORDER

Before the Court is Defendant Phelps Dodge Industries, Inc.'s unopposed [553] Motion for Summary Judgment. *See* Pls.' Resp. [564] at 1 ("Plaintiffs hereby advise that they do not oppose the defendant's motion or the entry of a dismissal as to Defendant PDI."). After reviewing the record and applicable law, and considering the motion's unopposed nature, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the unopposed [553] Motion for Summary Judgment is GRANTED. Plaintiffs' claims against Defendant Phelps Dodge Industries, Inc., are hereby DISMISSED with prejudice.

SO ORDERED, this 6th day of March, 2024.

                                                                                                  s/ *Kristi H. Johnson*
                                                                                UNITED STATES DISTRICT JUDGE