UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBIN A. WEBB, et al.                                                               PLAINTIFFS

V.                                           CIVIL ACTION NO. 1:22-CV-145-KHJ-MTP

BALDOR ELECTRIC COMPANY, et al.                                          DEFENDANTS

ORDER

Before the Court is Defendant Davion, Inc.'s unopposed [718] Motion for Summary Judgment.[1] After reviewing the record and applicable law, and noting the motion's unopposed nature, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the unopposed [718] Motion for Summary Judgment is GRANTED. Plaintiffs' claims against Defendant Davion, Inc. are hereby DISMISSED with prejudice.

SO ORDERED, this 6th day of August, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs sued Davion, Inc. as "DAVION INC. and its HABA DIVISION a/k/a HABA-DAVION for its DG line of products." [1-1] at 7.