UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBIN A. WEBB, et al.                                                                          PLAINTIFFS

V.                                                       CIVIL ACTION NO. 1:22-CV-145-KHJ-MTP

BALDOR ELECTRIC COMPANY, et al.                                              DEFENDANTS

ORDER

Before the Court is the [732] Joint Motion to Dismiss with Prejudice as to Defendant Honeywell International, Inc., f/k/a Allied-Signal, Inc. (sued individually and as successor-in-interest to Bendix Corporation and Bendix Aviation Corporation successor-in-interest to Bendix Radio Corporation). After reviewing the record and applicable law, and noting the parties' agreement, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the [732] Joint Motion to Dismiss with Prejudice is GRANTED. Plaintiffs' claims against Defendant Honeywell International, Inc., f/k/a Allied-Signal, Inc. (sued individually and as successor-in-interest to Bendix Corporation and Bendix Aviation Corporation successor-in-interest to Bendix Radio Corporation) are hereby DISMISSED with prejudice, with each party to bear their own costs.

SO ORDERED, this 6th day of August, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE