## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBIN A. WEBB, INDIVIDUALLY,** § <br> **AND ON BEHALF OF THE ESTATE OF** § <br> **ALLEN WATSON AND HIS** § <br> **WRONGFUL DEATH BENIFICIARIES,** § <br>     *Plaintiff,* § <br> § <br> vs. § <br> § <br> **BALDOR ELECTRIC COMPANY** (*for its* § <br> *Reliance line of products), et al;* § <br> § <br> § <br>     *Defendants.* § <br> § | **CIVIL ACTION NO:** <br> **1:22-cv-00145-KHJ-MTP** |

## NOTICE OF SETTLEMENT

Please note that the above referenced case is to be resolved once final payment is received from any/all pending settled defendant(s). This resolves the Tort Case. Once final payment is received from all settled defendants, we will file the final notice of nonsuit for the case in its entirety. Please note that Plaintiffs request all remaining hearings, conferences and trials be **cancelled**. This Court retains jurisdiction to enforce said settlements.

Respectfully submitted,

**MCCORMICK & NELSON, PLLC**

*/s/ Cameron M. McCormick*
CAMERON M. MCCORMICK
MS Bar No. 105181
408 Convent Avenue
Pascagoula, MS 39568
Telephone: (228) 762-2373
Facsimile: (228) 769-1417
cameron@mccormick-lawfirm.com

And

**SIMON GREENSTONE PANATIER, PC**

_____
Holly C. Peterson (*pro hac vice*)
Texas Bar No. 24046623
901 Main Str., Suite 5900
Dallas, TX 75270
Telephone (214) 276-7680
Direct (832) 418-9414
hpeterson@sgptrial.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all known defense counsel of record in accordance with the Federal Rules of Civil Procedure on this September 25, 2024

*/s/ Holly C. Peterson*
**HOLLY C. PETERSON**

2