UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBIN A. WEBB, et al.                                                                          PLAINTIFFS

V.                                               CIVIL ACTION NO. 1:22-CV-145-KHJ-MTP

BALDOR ELECTRIC COMPANY, et al.                              DEFENDANTS

FINAL JUDGMENT

Consistent with Federal Rule of Civil Procedure 58 and its prior Orders in this case, the Court enters this Final Judgment for Defendants. This case is closed.

SO ORDERED AND ADJUDGED, this 7th day of February, 2025.

                                                       s/ *Kristi H. Johnson*
                                                       UNITED STATES DISTRICT JUDGE